

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00522-CV

Egna Bishop **VILLARREAL**,
Appellant

v.

Guillermo Gonzalez **GUERRA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-139
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the portion of the judgment awarding attorney ad litem fees is REVERSED, and this case is REMANDED to the trial court for further proceedings to determine the appropriate amount of attorney ad litem fees. The remainder of the judgment is AFFIRMED. It is ORDERED that Appellee, Guillermo Gonzalez Guerra, recover his costs of this appeal from Appellant, Egna Bishop Villarreal.

SIGNED July 2, 2014.

_____
Karen Angelini, Justice